JAP:GKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

COLLIN FELIX
    also known as "Boy Brum,"

               Defendant.

- - - - - - - - - - - - - -X

**15M 675**

AFFIDAVIT AND
COMPLAINT IN SUPPORT OF
APPLICATION FOR ARREST
WARRANT
(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

    ERIC MURRAY, being duly sworn, deposes and states that he is a Special Agent with the Bureau of Alcohol, Tobacco and Firearms, duly appointed according to law and acting as such.

    On or about July 17, 2015, within the Eastern District of New York, the defendant COLLIN FELIX, also known as "Boy Brum," having been convicted in a court of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, a .25 caliber Lorcin semi-automatic pistol, and ammunition.

    (Title 18, United States Code, Section 922(g)(1))

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms ("ATF") and have been involved in the investigation of numerous cases involving firearms offenses. I am familiar with the facts and circumstances set forth below from review of records of the New York City Police Department ("NYPD") and other Government agencies, and conversations with NYPD officers.

2. On or about July 17, 2015, at approximately 1:00 a.m., four NYPD officers ("the officers") from Police Service Area Three were on routine patrol in an unmarked car and in plain clothes.

3. The officers were driving southbound on Reid Avenue near the intersection of Reid Avenue and Madison Street in Brooklyn. The officers observed the defendant, COLLIN FELIX, also known as "Boy Brum," walking on the sidewalk away from the officers. The defendant pulled a firearm out of his right-side front jeans pocket. The officers observed the defendant wearing basketball shorts underneath his jeans. The defendant put the firearm into the right-side pocket of his basketball shorts and crossed Reid Avenue from the east side to the west side.

4. The officers exited the vehicle and approached the defendant, COLLIN FELIX, also known as "Boy Brum," introducing themselves as police officers. Officer Christian Allen stopped the defendant and recovered the firearm, a .25 caliber Lorcin semi-automatic pistol, loaded with one round in the chamber and two rounds in the magazine, from the right-side front pocket of the defendant's basketball shorts.

5. The defendant was placed under arrest and taken back to the precinct.

6. Based on my knowledge, training and experience, the .25 caliber Lorcin semi-automatic pistol was manufactured outside the State of New York.

7. I have reviewed the defendant's criminal history records and have determined that the defendant has been convicted of the following crime: on June 3, 2010, the crime of Robbery in the Third Degree in violation of New York Penal Law § 160.05, a Class D felony, and was sentenced to a term of imprisonment for one year.

WHEREFORE, your deponent respectfully requests that the defendant COLLIN FELIX, also known as "Boy Brum," be dealt with according to law.

_____
ERIC MURRAY
Special Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn to before me this
21ST day of July, 2015

_____
THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK